UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALDO MARONES, | Case No. 3:20-cv-00689-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| PATRICIA HERNANDEZ, *et al.*, | |
| Defendants. | |

The Court denies Plaintiff Aldo Marones's motion to abandon claim (ECF No. 11) as moot because the Court granted Plaintiff's previous motion to voluntarily dismiss this case without prejudice (ECF No. 9). This case was close on March 4, 2021.

DATED THIS 11th Day of March 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE